**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1137

ZHEMEI YANG,

        Plaintiff - Appellant,

    v.

JANETTE EDWARD; YANMEI LIU; SU-LING HSUEH, a/k/a Sophia Mineyev, a/k/a Sophia Natalia,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, Senior District Judge.  (1:21-cv-01026-LO-TCB)

Submitted:  August 23, 2022                Decided:  August 25, 2022

Before GREGORY, Chief Judge, HEYTENS, Circuit Judge, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Zhemei Yang, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zhemei Yang appeals the district court's order dismissing her civil complaint and amended complaint as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Yang v. Edward*, No. 1:21-cv-01026-LO-TCB (E.D. Va. Dec. 14, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
